IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 2:26-cr-128 |
| APRIL JONES-MUNNERLYN | (18 U.S.C. § 286) |

## INFORMATION

## COUNT ONE

The United States Attorney charges:

1. The defendant, APRIL JONES-MUNNERLYN, was a resident of Pittsburgh, Pennsylvania.

2. From in and around 2020 through in and around 2024, the defendant, APRIL JONES-MUNNERLYN, operated a notary and consulting business, called Next Level 412, LLC ("Next Level"), which had no employees and conducted minimal business.

3. Beginning in and around March of 2021, and continuing until at least in and around April 2025, in the Western District of Pennsylvania and elsewhere, the defendant, APRIL JONES-MUNNERLYN, together with CO-CONSPIRATOR 1 and others both known and unknown, knowingly, intentionally, and voluntarily agreed, combined, and conspired to defraud the United States by obtaining and aiding to obtain the payment and allowance of false, fictitious, and fraudulent claims for refunds of taxes against the Internal Revenue Service, an agency of the United States Department of the Treasury.

4. In and around March of 2021, the defendant, APRIL JONES-MUNNERLYN, met with CO-CONSPIRATOR 1.

5. CO-CONSPIRATOR 1 directed the defendant, APRIL JONES-MUNNERLYN, to

obtain names and Social Security numbers of individuals whom she could list as purported employees of Business 1 on filings submitted to the Internal Revenue Service, though both CO-CONSPIRATOR 1 and the defendant, APRIL JONES-MUNNERLYN, knew that those individuals did not work for Business 1.

6. The defendant, APRIL JONES-MUNNERLYN, paid other individuals in return for the use of those individuals' names, addresses, dates of birth, and Social Security numbers. The defendant, APRIL JONES-MUNNERLYN, provided the individuals' names, addresses, dates of birth, and Social Security numbers to CO-CONSPIRATOR 1 so that such information could be listed on fraudulent Forms W-2.

7. Thereafter, CO-CONSPIRATOR 1 caused the preparation and filing of false and fraudulent Forms W-2, which listed as employees of Next Level and Business 1 individuals whom CO-CONSPIRATOR 1 and the defendant, APRIL JONES-MUNNERLYN, knew were not employees of those businesses.

8. CO-CONSPIRATOR 1 caused the preparation and filing of false Forms 941, Employer's Quarterly Federal Tax Return, for Next Level for the second quarter of 2021, third quarter of 2021, and fourth quarter of 2021. The returns fraudulently reported that Next Level paid wages to employes, that Next Level was entitled to the employee retention credit, and that Next Level was entitled to a tax refund. Next Level received more than $100,000 in refunds issued in response to these fraudulent returns, which were negotiated by the defendant, APRIL JONES-MUNNERLYN.

9. CO-CONSPIRATOR 1 caused the preparation and filing of false Forms 941, Employer's Quarterly Federal Tax Return, for Business 1 for the second quarter of 2020, third quarter of 2020, fourth quarter of 2020, first quarter of 2021, second quarter of 2021, and third

quarter of 2021. The returns fraudulently reported that Business 1 paid wages to employes, that Business 1 was entitled to the employee retention credit, and that Business 1 was entitled to a tax refund. Business 1 received more than $300,000 in refunds issued in response to these fraudulent returns, which funds were ultimately received by the defendant, APRIL JONES-MUNNERLYN.

10.    The defendant, APRIL JONES-MUNNERLYN, paid CO-CONSPIRATOR 1 approximately 15% of the refunds received, as a fee for his services.

In violation of Title 18, United States Code, Section 286.

_____
TROY RIVETTI
United States Attorney
PA ID No. 56816

_____
WILLIAM B. GUAPPONE
Assistant United States Attorney
NC ID No. 46075