IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.                                              Criminal No. 2:26-cr-128

APRIL JONES-MUNNERLYN

## INFORMATION MEMORANDUM

AND NOW comes the United States of America, by its attorneys, Troy Rivetti, United States Attorney for the Western District of Pennsylvania, and William B. Guappone, Assistant United States Attorney for said District, and submits this Information Memorandum to the Court:

## I.  THE INFORMATION

A one-count information was filed against the above-named defendant for an alleged violation of federal law:

| COUNT | OFFENSE/DATE | TITLE/SECTION |
|---|---|---|
| 1 | Conspiracy to Defraud the Government with Respect to Claims (March 2021-April 2025) | 18 U.S.C. § 286 |

## II.  ELEMENTS OF THE OFFENSE

### A.  As to Count 1:

In order for the crime of conspiracy to defraud the government with respect to claims, in violation of 18 U.S.C. § 286, to be established, the government must prove all of the following essential elements beyond a reasonable doubt:

1.    Defendant entered into a conspiracy to obtain payment or allowance of a claim against a department or agency of the United States;

2.    The claim or claims were false, fictitious, or fraudulent; and

3.    Defendant knew the claim or claims were false, fictitious, or fraudulent.

### III.  PENALTIES

**As to Count 1: Conspiracy to Defraud the Government with Respect to Claims (18 U.S.C. § 286):**

1.    Imprisonment for not more than 10 years;

2.    A fine of not more than $250,000 or twice the gross pecuniary gain, or twice the pecuniary loss to any person other than the defendant; and

3.    A term of supervised release of not more than three years.

### IV.  MANDATORY SPECIAL ASSESSMENT

A mandatory special assessment of $100 must be imposed at each count upon which the defendant is convicted, pursuant to 18 U.S.C. § 3013.

### V.  RESTITUTION

Restitution may be required in this case as to Count 1, together with any authorized penalty, as part of the defendant's sentence pursuant to 18 U.S.C. §§ 3663, 3663A, and 3664, unless agreed to by the parties, as here.

## VI.  <u>FORFEITURE</u>

Not applicable in this case.

Respectfully submitted,

TROY RIVETTI
United States Attorney


<u>*s/ William B. Guappone*</u>
WILLIAM B. GUAPPONE
Assistant U.S. Attorney
NC ID No. 46075